UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:19-mj-03079 Becerra

UNITED STATES OF AMERICA

v.

RAFAEL GRACESQUI, et al.

    Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
WALTER M. NORKIN
ASSISTANT UNITED STATES ATTORNEY
Fla. Court ID No. A5502189
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9406
walter.norkin@usdoj.gov

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>RAFAEL GRACESQUI, et al.<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:19-mj-03079 Becerra<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 4, 2019 to July 3, 2019,  in the county of  Miami-Dade  in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 952 and 963 | Conspiracy to Import Cocaine |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

William Marrero, S/A, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/05/2019

_____
*Judge's signature*

City and state: Miami, Florida

Jacqueline Becerra, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, William Marrero, being first duly sworn, deposes and states as follows:

## BACKGROUND

1. I am a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"). I have been employed with what was formerly known as U.S. Customs Service since November 2001. I am currently assigned to HSI's Marine Smuggling Group, SAC Miami. My duties include conducting criminal investigations involving violations of a variety of federal laws, including the importation of illegal narcotics into the United States and possession of controlled substances. My training includes the completion of the Criminal Investigative Training Program for agents of the Treasury Department and the Customs Enforcement Basic School.

2. As a Special Agent with HSI, I have conducted and participated in numerous investigations related to narcotics smuggling, bulk cash smuggling, money laundering, and human trafficking. I am the lead case agent for this investigation.

3. This Affidavit is in support of a Criminal Complaint that charges defendants Rafael GRACESQUI, Luis Carlos MELENDEZ, Garibaldo PAULINO, Gregorio MARTINEZ, Joel MORENO ROSARIO and Francisco MOREL with conspiracy to import of cocaine into the United States, in violation of title 21, United States Code, Sections 952(a) and 963.

4. The statements in this Affidavit are based upon my (i) training and experience as an HSI agent; (ii) personal observations and knowledge gained during this investigation; (iii) discussions CBP personnel; and (iv) conversations with other law enforcement agents who participated in the investigation. I have not included in this Affidavit each and every fact know to me or other law enforcement personnel about this investigation. Rather, I have included only the facts that are sufficient to establish probable cause for the above-mentioned offense.

## PROBABLE CAUSE

5.      The vessel "Sea Hunter" (hereinafter referenced as "TARGET VESSEL"), a 1986 54' Bertram, first become known to law enforcement in 2018, when another vessel was seized with over 300 kilograms of cocaine on board. That other vessel imported cocaine from the Dominican Republic and one of the crew members who was arrested during that seizure subsequently cooperated with law enforcement (hereinafter referenced as "CW1"). CW1 informed that the TARGET VESSEL was also being used to smuggle large quantities of cocaine from the Dominican Republic to Miami and Fort Lauderdale. According to CW1, the cocaine was concealed within hidden compartments near the TARGET VESSEL's engines. Based on that information, law enforcement began conducting surveillance of the TARGET VESSEL.

6.      On or about February 4, 2019, law enforcement observed the TARGET VESSEL arrive at the Hall of Fame Marina located at 435 Seabreeze Blvd., Fort Lauderdale, Florida. Upon arrival, one of the TARGET VESSEL's three crew members completed a dockage agreement with the marina and requested assistance with reporting the vessel's arrival to U.S. immigration and customs officials. The TARGET VESSEL arrived at the marina flying the international signal flag Quebec, which is flown by vessels arriving from foreign ports. The flag signals that the vessel and her crew are free of quarantinable disease, and requests boarding and inspection by Port State Control and Customs, for dutiable goods or contraband.

7.      According to dockage receipts associated with the TARGET VESSEL's February 4, 2019 arrival, an individual named "Rafael," who listed a series of telephone numbers associated with the Dominican Republic on the paperwork, served as the TARGET VESSEL's master when the TARGET VESSEL arrived at the marina. Records checks on the listed telephone numbers indicated that one of those phone numbers had been listed on a U.S. visa application for Rafael GRACESQUI.

2

8.      According to information provided by marina staff interviewed by law enforcement officers, on May 21, 2019, one of the same individuals that met with marina staff in February 2019, returned to the marina and explained that he would be moving the TARGET VESSEL to a marina near Aventura on the weekend of June 1, 2019.

9.      On June 13, 2019, GRACESQUI arrived in the U.S. at Miami International Airport from the Dominican Republic. Travel records indicated that GRACESQUI was travelling with Joel MORENO ROSARIO. During routine immigration questioning, MORENO ROSARIO told U.S. Customs and Border Protection officers that he travelled to the U.S. with GRACESQUI to check the condition of the TARGET VESSEL. MORENO ROSARIO also told officers that GRACESQUI was to serve as the captain of the TARGET VESSEL. According to MORENO ROSARIO, if the TARGET VESSEL was ready for sea, MORENO ROSARIO and GRACESQUI intended to crew the TARGET VESSEL from the U.S. back to the Dominican Republic. Based on my training, experience and knowledge of this investigation, including interviews with marina staff, I believe that MORENO ROSARIO was a crew member on board the TARGET VESSEL when the TARGET VESSEL arrived in the U.S. on or about February 4, 2019.

10.     On June 15, 2019, law enforcement officers conducting surveillance on the TARGET VESSEL determined that it departed Hall of Fame Marina and confirmed on June 16, 2019, that the TARGET VESSEL was moored at the Miami Beach Marina in Miami Beach, Florida. Law enforcement officers continued to monitor the TARGET VESSEL and learned that the following day the TARGET VESSEL departed the marina. Thereafter, later on June 17, 2019, the TARGET VESSEL was observed refueling in Nassau, Bahamas.

11.     The TARGET VESSEL was tracked as it moved in international waters to an area off the coast of the Dominican Republic. The TARGET VESSEL remained in that general area for approximately nineteen hours before eventually heading back towards Miami, Florida.

3

12. On July 3, 2018, the TARGET VESSEL was observed heading towards Fort Lauderdale and later entering Hillsboro inlet and continuing through the Fort Lauderdale Intercostal Waterway ("ICW") southbound. For the next two hours, the TARGET VESSEL appeared to be conducting counter-surveillance maneuvers, going in and out of various inlets. The vessel then docked on 1611 S.E. 8th Street, Fort Lauderdale, Florida, where law enforcement officers established surveillance. At this time, the sun had not set and agents were able to have a clear view of events. Several individuals could be seen entering and exiting the TARGET VESSEL numerous times. However, it was not until approximately 9:00 p.m., in the dark of night, that agents observed items being off-loaded from the TARGET VESSEL. Specifically, law enforcement officers saw a large white cooler being off-loaded from the TARGET VESSEL and brought inside the house. At that time, agents decided to approach the TARGET VESSEL and house and, in moving toward the TARGET VESSEL and house, loudly announced their presence, including the use of flashing lights, sirens and uniformed officers. Upon hearing the sirens, and seeing flashing lights and police presence, several individuals were observed fleeing.

13. Three individuals were detained inside the TARGET VESSEL: Luis Carlos MELENDEZ, Garibaldo PAULINO and Gregorio MARTINEZ. MARTINEZ was detained attempting to jump into the water. PAULINO was hiding inside one of the boat's bedrooms, while MELENDEZ was in detained in the common area of the boat. During the search of the vessel approximately 300 kilograms of bricks with what appeared to be cocaine were found inside the TARGET VESSEL. Most of the bricks were inside duffle bags and coolers in the common area. Notably, approximately 50 bricks of what appeared to be cocaine were found spread out on the floor, in plain sight, of the common area. Francisco MOREL and Joel MORENO ROSARIO were both were found inside the house, while Rafael GRACESQUI was found hiding under a vehicle.

14.     A field test was conducted of the bricks and tested positive for cocaine. GRACESQUI was presented with *Miranda* warnings, which he waived. GRACESQUI stated that he had been given coordinates by an unidentified subject to pick up the narcotics in the Dominican Republic and transport them to the U.S. GRACESQUI also stated that after the arrival to the U.S., he was supposed to contact another person and that that person would give him the destination address for the cocaine.

## CONCLUSION

15.     Based upon my training and experience as supported by the facts in this affidavit, I respectfully submit that there is probable cause to believe that between February 4 and July 3, 2019, within the Special Maritime and Territorial Jurisdiction of the United States and within Miami-Dade County, in the Southern District of Florida, defendants Rafael GRACESQUI, Luis Carlos MELENDEZ, Garibaldo PAULINO, Gregorio MARTINEZ, Joel MORENO ROSARIO and Francisco MOREL did knowingly and intentionally conspire to import into the United States from a place outside thereof, a schedule II-controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 952 and 963.

FURTHER AFFIANT SAYETH NAUGHT.

Respectfully submitted,

_____
WILLIAM MARRERO, SPECIAL AGENT
United States Department of Homeland Security
Homeland Security Investigations

Subscribed and sworn to before me
on this 5th day of July 2019.

_____
THE HONORABLE JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

5