UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20441-CR-SMITH

UNITED STATES OF AMERICA

vs.

FRANCISCO MOREL and GREGORIO MARTINEZ,

    **Defendants.**
_____/

## UNITED STATES' WITNESS LIST

The United States of America hereby submits its list of witnesses whom it intends to call at the sentencing hearing of both Defendants. The United States reserves the right to amend this list prior to trial.

1. Jonathon Morales, Customs Border Protection Marine Interdiction Agent
2. Alexander Abreu, Customs Border Protection Marine Interdiction Agent
3. Mark Samples, Customs Border Protection Marine Interdiction Agent
4. Yumar Sarria, Homeland Security Investigations Special Agent
5. Manuel Fajin, Homeland Security Investigations Special Agent
6. Raphael Gracesqui
7. Joel Moreno Rosario
8. Garibaldo Paulino
9. M. Alberto Febo, Drug Enforcement Administration Senior Forensic Chemist
10. Eric McGuire, Federal Bureau of Investigation
11. Angela Pratt, Homeland Security Investigations, Senior Fingerprint Specialist

12. Brian Stofik, Cellebright Forensic Specialist

15. Richard Wilkens, Homeland Security Investigations Special Agent

16. Richard Maniara, Homeland Security Investigations Special Agent

17. Michael Bosillo, T-Mobile

                                          Respectfully submitted,

                                          ARIANA FAJARDO ORSHAN
                                          UNITED STATES ATTORNEY

By:    */s/ Kurt K. Lunkenheimer*
        KURT K. LUNKENHEIMER
        Assistant United States Attorney
        Court ID No. A5501535
        U.S. Attorney's Office - SDFL
        99 N.E. 4th Street, Suite 600
        Miami, FL 33132 2111
        Telephone: (305) 961 9008
        Facsimile: (305) 536 4699
        Email: Kurt.Lunkenheimer@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on January 15, 2020, with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                          */s/ Kurt K. Lunkenheimer*
                                          KURT K. LUNKENHEIMER
                                          Assistant United States Attorney