UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI CRIMINAL DIVISION

**UNITED STATES OF AMERICA,**            Case No. 19-20441- (Graham)

v.

**GREGORIO MARTINEZ,**
   **Defendant.**
_____/

### WITNESS LIST

COMES NOW, GREGORIO MARTINEZ, who submits the following witness list of individuals he potentially may call for testimony:

1. Records Custodian, FEDERAL BUREAU OF PRISONS, 33 NE 4th St., Miami, FL 33132 for records subpoenaed (not yet received) indicating the location of Mr. Martinez during pre-trial detention.

2. Rafael Gracesqui

3. Joel Moreno Rosario

4. Garibaldo Paulino

5. Edwin Tejeda

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on opposing counsel for the government on this Jan. 27, 2020 in open court and will subsequent by file in the CM/ECF electronic filing system.

                                            Respectfully submitted,

                                            /s/Matthew E. Ladd, Esq.
                                            Matthew E. Ladd, P.A.

4649 Ponce De Leon Blvd., Suite 301
Coral Gables, FL 33146
T: 305-984-4649
MattLadd@MLLawMiami.com